```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 06710
   WILLIAM H LOMAX
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1662

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/21/2008 and was not confirmed.

     The case was dismissed without confirmation 06/25/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
ILLINOIS TITLE LOANS       SECURED VEHIC     700.00          .00            .00
INTERNAL REVENUE SERVICE   PRIORITY        11660.02          .00            .00
ADVENTIST LAGRANGE HOSPI   UNSECURED       NOT FILED         .00            .00
CAVALRY PORTFOLIO SERVIC   UNSECURED       NOT FILED         .00            .00
AT&T                       NOTICE ONLY     NOT FILED         .00            .00
COLLECTION CO OF AMERICA   UNSECURED       NOT FILED         .00            .00
SBC                        NOTICE ONLY     NOT FILED         .00            .00
CITY OF CHICAGO PARKING    UNSECURED        3104.52          .00            .00
ARNOLD SCOTT HARRIS        NOTICE ONLY     NOT FILED         .00            .00
CREDIT PROTECTION          UNSECURED       NOT FILED         .00            .00
HOLLYWOOD ENTERTAINMENT    NOTICE ONLY     NOT FILED         .00            .00
DEPENDON COLLECTION        UNSECURED       NOT FILED         .00            .00
SUBURBAN RADIOLOGIST       NOTICE ONLY     NOT FILED         .00            .00
KCA FINANCIAL SERVICES     UNSECURED       NOT FILED         .00            .00
ERNESTO D BORGES JR        UNSECURED       NOT FILED         .00            .00
MERCHANTS CR               UNSECURED       NOT FILED         .00            .00
COMMUNITY FAMILY PRACTIC   UNSECURED       NOT FILED         .00            .00
MIDSTATE COLLECTION SOLU   UNSECURED       NOT FILED         .00            .00
SALT CREEK CREDIT UNION    UNSECURED        5847.94          .00            .00
SALUTE/UTB                 UNSECURED       NOT FILED         .00            .00
INTERNAL REVENUE SERVICE   UNSECURED       14787.88          .00            .00
ILLINOIS TITLE LOANS       UNSECURED          61.07          .00            .00
GLEASON & MACMASTER        DEBTOR ATTY         .00                          .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 06710 WILLIAM H LOMAX
```

```
ADMINISTRATIVE                                                          .00
TRUSTEE COMPENSATION                                                    .00
DEBTOR REFUND                                                           .00
                                    ---------------      ---------------
TOTALS                                          .00                     .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 09/24/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE



                        PAGE   2
        CASE NO. 08 B 06710 WILLIAM H LOMAX